IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DR. HODA ELEMARY,           ) | Civil Case No. |
|                             ) | |
|         Plaintiff,          ) | REQUEST FOR JUDICIAL |
|                             ) | NOTICE CONCERNING |
| vs.                         ) | LACK OF REASONS TO |
|                             ) | TRANSFER CASE TO |
| PHILIPP HOLZMANN A.G. et al., ) | NORTHERN DISTRICT |
|                             ) | OF ALABAMA |
|         Defendants.         ) | |
|                             ) | |

Case: 1:07-cv-00654
Assigned To : Lamberth, Royce C.
Assign. Date : 4/10/2007
Description: ELEMARY v. HOLZMANN

    Brian J. Jacobs is the attorney of record for Plaintiff Dr. Hoda Elemary. None of Plaintiff's attorneys are permitted to practice before this court. In the interest of brevity and in light of the misunderstanding that occurred on March 7, 2007, Plaintiff signed the complaint in propria persona until Mr. Jacobs completes the requirements necessary to practice before this Court.

    The Honorable R. Gary Klausner of the Central District of California agreed with Plaintiff in a similar case as that filed concurrently with this Request for Judicial Notice in the District of Columbia that venue and jurisdiction are proper in California. The only reason, however, Judge Klausner ordered the case to be transferred to the Northern District of Alabama was for convenience to 18 Defendants residing in Birmingham, Alabama in the earlier case. However, the issue of convenience for Alabama Defendants is moot in the instant case, since the District of Columbia's case has only one Defendant from Alabama, who is able to engage in discovery and trial, while the other six Defendants capable under the law to participate in discovery and trial are residents of several States and European countries with subsidiaries in the United states.

3

Plaintiff dismissed without prejudice case no. CV06-4723 RGK (PJWx).

The Honorable R. Gary Klausner stated, in a minute order issued on February 23, 2007, "Thus, the Court agrees with Plaintiff [Dr. Hoda Elemary] that venue is proper in this district". With respect to jurisdiction, Judge Klausner stated in the same order, ". . . Defendants have failed to make such a showing. More specifically, many of the activities alleged, although occurring in Alabama, were directed at Plaintiff in California. . . . These acts form the basis for Plaintiff's causes of action. Therefore, the Court finds that Plaintiff's choice of forum weighs against transfer."

Dated: April 6, 2007

                                        Dr. Hoda Elemary
                                        21 Le Conte
                                        Laguna Niguel, California 92677
                                        (949) 715-2022 (telephone)
                                        (949) 715-2060 (facsimile)

                                        Plaintiff
                                        In Propria Persona