IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. HODA ELEMARY,

    Plaintiff,

    v.

PHILIPP HOLZMANN A.G.;

WACHOVIA BANK, N.A.;

B.L. HARBERT INTERNATIONAL, LLC
820 Shades Creek Parkway
Birmingham, AL 35209;

SABBIA AKTIENGESELLSCHAFT;

HARBERT INTERNATIONAL ESTABLISHMENT, INC.
820 Shades Creek Parkway
Birmingham, AL 35209;

BILL L. HARBERT, SR.
205 Vestavia Circle
Birmingham, AL 35216;

AND

BILLY HARBERT, JR.
546 Olde English Lane
Birmingham, AL 35223,

    Defendants.

NO: 1:07-cv-00654-RCL

**DEFENDANTS B.L. HARBERT INTERNATIONAL, LLC AND HARBERT INTERNATIONAL ESTABLISHMENT, INC.'S RULE 7.1 CERTIFICATE**

Certificate Required By Lcvr 7.1 Of The Local Rules Of The United States District Court For

The District Of Columbia:

    I, the undersigned, counsel of record for Defendants B.L. Harbert International, LLC and

Harbert International Establishment, Inc., certify that to the best of my knowledge and belief,

there are no parent companies, subsidiaries, or affiliates of Defendants B.L. Harbert

International, LLC or Harbert International Establishment, Inc. that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  May 25, 2007                                Respectfully submitted,


                                                                           /s/ Roger S. Goldman
Roger S. Goldman
(D.C. Bar No. 333294)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
email: roger.goldman@lw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of May, 2007, I caused a true and correct copy of Defendants B.L. Harbert International, LLC and Harbert International Establishment, Inc.'s Rule 7.1 Certificate, to be served via First Class Mail upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, CA 92677

      /s/ Roger S. Goldman
      Roger S. Goldman