**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. HODA ELEMARY,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILIPP HOLZMANN A.G.;<br><br>WACHOVIA BANK, N.A.;<br><br>B.L. HARBERT INTERNATIONAL, LLC<br>820 Shades Creek Parkway<br>Birmingham, AL 35209;<br><br>SABBIA AKTIENGESELLSCHAFT;<br><br>HARBERT INTERNATIONAL ESTABLISHMENT,<br>INC.<br>820 Shades Creek Parkway<br>Birmingham, AL 35209;<br><br>BILL L. HARBERT, SR.<br>205 Vestavia Circle<br>Birmingham, AL 35216;<br><br>AND<br><br>BILLY HARBERT, JR.<br>546 Olde English Lane<br>Birmingham, AL 35223,<br><br>        Defendants. | NO: 1:07-cv-00654-RCL |

**CONSENT MOTION OF CERTAIN DEFENDANTS FOR AN EXTENSION OF TIME**
**IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

For the reasons stated in the accompanying Memorandum of Points And Authorities,

Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L.

Harbert, Sr. and Billy Harbert Jr. respectfully move this Court for an extension of time in which

to answer or otherwise respond to the complaint in this matter to and including June 27, 2007.

Counsel for plaintiff Hoda Elemary has consented to this extension.

Dated:  May 25, 2007                          Respectfully submitted,


                                     _/s/ Roger S. Goldman_____
                                     Roger S. Goldman
                                     (D.C. Bar No. 333294)
                                     LATHAM & WATKINS LLP
                                     555 11th Street, N.W.
                                     Suite 1000
                                     Washington, D.C. 20004
                                     Tel: (202) 637-2200
                                     Fax: (202) 637-2201
                                     email: roger.goldman@lw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. HODA ELEMARY,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILIPP HOLZMANN A.G.;<br><br>WACHOVIA BANK, N.A.;<br><br>B.L. HARBERT INTERNATIONAL, LLC<br>820 Shades Creek Parkway<br>Birmingham, AL 35209;<br><br>SABBIA AKTIENGESELLSCHAFT;<br><br>HARBERT INTERNATIONAL ESTABLISHMENT,<br>INC.<br>820 Shades Creek Parkway<br>Birmingham, AL 35209;<br><br>BILL L. HARBERT, SR.<br>205 Vestavia Circle<br>Birmingham, AL 35216;<br><br>AND<br><br>BILLY HARBERT, JR.<br>546 Olde English Lane<br>Birmingham, AL 35223,<br><br>           Defendants. | NO: 1:07-cv-00654-RCL |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE CONSENT MOTION OF CERTAIN DEFENDANTS FOR AN EXTENSION OF
TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr. and Billy Harbert Jr. ("Moving Defendants") respectfully submit this Memorandum of Points and Authorities in support of their Consent Motion For An Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint.  This Consent Motion should be granted for the following reasons:

1.      Plaintiff filed this action on April 10, 2007.  The Complaint asserts claims for interference with prospective economic advantage, breach of contract, quantum meruit, termination in violation of public policy, suppression of facts (fraud), and violation of 18 U.S.C. § 1964 (Civil RICO) against eight defendants.

2.      Defendant Bill L. Harbert, Sr. was served on May 6, 2007.  His answer or response to the Complaint is currently due on Tuesday, May 29, 2007.  Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., and Billy Harbert Jr. were served on May 15, 2007.  Their answers or responses to the Complaint are currently due on Monday, June 4, 2007.

3.      Moving Defendants need an extension of time to answer or otherwise respond to the Complaint due to the press of business, the complexity of this case, and the need to coordinate their responses to two other lawsuits filed by Plaintiff in the United States District Court for the Central District of California, captioned *Elemary v. Harbert et al.*, No. ACV07-0217 CJC (FFMX), and in Superior Court of the State of California in and for the County of Los Angeles., captioned *Elemary v. Harbert et al.*, No. BC370218.

4.      Counsel for Plaintiff has consented to an extension of time in which Moving Defendants must answer or otherwise respond to the Complaint to and including June 27, 2007.

5.      Granting this Consent Motion will not prejudice Plaintiff.

For the reasons set forth above, this Court should grant the Consent Motion Of Certain Defendants For An Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint.

Dated:  May 25, 2007                                        Respectfully submitted,


                                        _/s/ Roger S. Goldman_____
                                        Roger S. Goldman
                                        (D.C. Bar No. 333294)
                                        LATHAM & WATKINS LLP
                                        555 11th Street, N.W.
                                        Suite 1000
                                        Washington, D.C. 20004
                                        Tel: (202) 637-2200
                                        Fax: (202) 637-2201
                                        email: roger.goldman@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2007, I caused a true and correct copy of Consent Motion of Certain Defendants for an Extension of Time in Which to Answer or Otherwise Respond to the Complaint, along with a Memorandum of Points and Authorities in Support, to be served via First Class Mail upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, CA 92677


  /s/ Roger S. Goldman
  Roger S. Goldman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DR. HODA ELEMARY,

          Plaintiff,

      v.

PHILIPP HOLZMANN A.G., a German corporation;
WACHOVIA BANK, N.A., a national banking
association; B.L. HARBERT INTERNATIONAL,
LLC, a Delaware limited liability company; SABBIA
AKTIENGESELLSCHAFT, a Liechtenstein
corporation; HARBERT INTERNATIONAL
ESTABLISHMENT, INC., a Liechtenstein
corporation; BILL L. HARBERT, SR.; and BILLY
HARBERT, JR.,

          Defendants.

NO: 1:07-cv-00654-RCL

**[PROPOSED] ORDER GRANTING THE CONSENT MOTION
OF CERTAIN DEFENDANTS FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

UPON CONSIDERATION of the Consent Motion Of Certain Defendants For An

Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint, and for

good cause shown, it is hereby this ___ day of _____, 2007,

ORDERED, that the Consent Motion Of Certain Defendants For An Extension Of Time

In Which To Answer Or Otherwise Respond To The Complaint be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF ENTRY OF THIS ORDER SHALL BE SENT TO:

Roger S. Goldman
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201


Hoda Elemary
21 Le Conte
Laguna Niguel, CA 92677
Tel: (949) 715-2022
Fax: (715) 2060