UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-654 (RCL) |
| PHILIPP HOLZMANN A.G., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Consent Motion [5] of Certain Defendants for an Extension of Time in Which to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby

ORDERED, that the Consent Motion [5] of defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr., and Billy Harbert Jr., is GRANTED, and it is further

ORDERED, that defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr., and Billy Harbert Jr. shall have to and including June 27, 2007 to answer or otherwise respond to the complaint.

Signed by United States District Judge Royce C. Lamberth, May 31, 2007.