UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. **1:07-cv-00654 (RCL)** |
| PHILIPP HOLZMANN, A.G., | ) |
| WACHOVIA BANK, N.A., | ) |
| B. L. HARBERT INTERNATIONAL, LLC, | ) |
| SABBIA AKTIENGESELLSCHAFT, | ) |
| HARBERT INTERNATIONAL ESTABLISHMENT, INC., | ) |
| BILL L. HARBERT, SR., | ) |
| and | ) |
| BILLY HARBERT, JR., | ) |
| Defendants. | ) |

**CERTIFICATE OF DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel for Wachovia Bank, N.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Wachovia Bank, N.A., which have any outstanding securities in the hands of the public:

Wachovia Bank, N.A. is a wholly-owned subsidiary of Wachovia Corporation. Wachovia Corporation's stock is publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 11, 2007

WACHOVIA BANK, N.A.

_____
By Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
**HUNTON & WILLIAMS, LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

Brent L. VanNorman (VA BAR #45956)
**HUNTON & WILLIAMS LLP**
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510
(757) 640-5300
(757) 625-7720 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th June, 2007, I caused a true and correct copy of **WACHOVIA BANK, N.A.'S CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** to be served via First Class Mail, postage prepaid, upon the following:

Dr. Hoda Elemary
21 Lo Conte
Laguna Niguel, California 92677

    *Plaintiff, Pro Se*

Roger S. Goldman, Esq.
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

    *Counsel for Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr. and Billy Harbert Jr.*

_____