UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1:07-cv-00654 (RCL)** |
| ) | |
| PHILIPP HOLZMANN, A.G., ) | |
| ) | |
| WACHOVIA BANK, N.A., ) | |
| ) | |
| B. L. HARBERT INTERNATIONAL, LLC, ) | |
| ) | |
| SABBIA AKTIENGESELLSCHAFT, ) | |
| ) | |
| HARBERT INTERNATIONAL ) | |
| ESTABLISHMENT, INC., ) | |
| ) | |
| BILL L. HARBERT, SR., ) | |
| ) | |
| and ) | |
| ) | |
| BILLY HARBERT, JR., ) | |
| ) | |
| Defendants. ) | |

### MOTION OF WACHOVIA BANK, N.A. FOR
### *PRO HAC VICE* ADMISSION OF BRENT L. VanNORMAN

Defendant Wachovia Bank, N.A. ("Wachovia"), by counsel, moves pursuant to Local Rule 83.2(d) for the admission *pro hac vice* of Brent L. VanNorman of the law firm of Hunton & Williams LLP, to participate in this case as counsel for Wachovia. In support of this Motion, Wachovia submits the attached declaration of Mr. VanNorman.

**WHEREFORE**, Wachovia respectfully requests that Brent L. VanNorman be admitted specially to the Bar of this Court for purposes of this case in accordance with Local Rule 83.2(d).

WACHOVIA BANK, N.A.

By: _____
                    Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
**HUNTON & WILLIAMS, LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

Brent L. VanNorman (VA Bar #45956)
**HUNTON & WILLIAMS LLP**
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510
(757) 640-5300
(757) 625-7720 (fax)

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 11th day of June, 2007, I caused true and correct copies of the foregoing **MOTION OF WACHOVIA BANK, N.A. FOR *PRO HAC VICE* ADMISSION OF BRENT L. VanNORMAN,** and the attached **DECLARATION OF BRENT L. VanNORMAN IN SUPPORT OF *PRO HAC VICE* ADMISSION** and **PROPOSED ORDER** to be served via First Class Mail, postage prepaid, upon the following:

Dr. Hoda Elemary
21 Lo Conte
Laguna Niguel, California 92677

    *Plaintiff, Pro Se*

Roger S. Goldman, Esq.
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

    *Counsel for Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr. and Billy Harbert Jr.*

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. HODA ELEMARY,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PHILIPP HOLZMANN, A.G.,** ) <br> ) <br> **WACHOVIA BANK, N.A.,** ) <br> ) <br> **B. L. HARBERT INTERNATIONAL, LLC,** ) <br> ) <br> **SABBIA AKTIENGESELLSCHAFT,** ) <br> ) <br> **HARBERT INTERNATIONAL** ) <br> **ESTABLISHMENT, INC.,** ) <br> ) <br> **BILL L. HARBERT, SR.,** ) <br> ) <br> **and** ) <br> ) <br> **BILLY HARBERT, JR.,** ) <br> ) <br> Defendants. ) | Civil Case No. **1:07-cv-00654 (RCL)** |

**DECLARATION OF BRENT L. VanNORMAN
IN SUPPORT OF *PRO HAC VICE* ADMISSION**

1. I, Brent L. VanNorman, declare and state as follows:

   a. I am an associate in the firm of Hunton & Williams LLP, 500 East Main Street, Norfolk, Virginia, 23510, telephone number (757) 640-5300.

   b. I am an attorney in good standing and have not been disciplined by any bar. I am duly licensed and admitted to practice in the Commonwealth of Virginia (Bar # 45956), the United States District Courts for the Eastern and Western Districts of Virginia, and the United States Court of Appeals, Fourth Circuit. I am also registered to practice before the United States Patent and Trademark Office.

-2-

        c.      I have not been disciplined by any bar.

        d.      I have not been admitted *pro hac vice* in this Court in the last two years.

        e.      I do not engage in the practice of law from an office located in the District of Columbia.

    2.      I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Brent L. VanNorman*
Brent L. VanNorman

Dated: June 8, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. **1:07-cv-00654 (RCL)** |
| | ) |
| PHILIPP HOLZMANN, A.G., | ) |
| | ) |
| WACHOVIA BANK, N.A., | ) |
| | ) |
| B. L. HARBERT INTERNATIONAL, LLC, | ) |
| | ) |
| SABBIA AKTIENGESELLSCHAFT, | ) |
| | ) |
| HARBERT INTERNATIONAL ESTABLISHMENT, INC., | ) |
| | ) |
| BILL L. HARBERT, SR., | ) |
| | ) |
| and | ) |
| | ) |
| BILLY HARBERT, JR., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION OF WACHOVIA BANK, N.A. FOR *PRO HAC VICE* ADMISSION OF BRENT L. VanNORMAN

For the reasons set forth in the Motion of Wachovia Bank, N.A. for *Pro Hac Vice* Admission of Brent L. VanNorman, and in accordance with Local Rule 83.2(d), it is hereby ORDERED that Brent L. VanNorman, shall be admitted *pro hac vice* as counsel for Defendant Wachovia Bank, N.A.

The Clerk shall see to the entry of this Order and send copies thereof to counsel of record as specified on the attached list by regular mail.

It is so ORDERED.

Entered: _____

_____
United States District Judge

Below are the addresses of counsel of record for copies of the Order Granting Motion of Wachovia Bank, N.A. for *Pro Hac Vice* Admission of Brent L. VanNorman to be mailed:

Mark B. Bierbower
Dianne M. Keppler
**HUNTON & WILLIAMS, LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109

Brent L. VanNorman
**HUNTON & WILLIAMS LLP**
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510

    *Counsel for Wachovia Bank, N.A.*


Dr. Hoda Elemary
21 Lo Conte
Laguna Niguel, California 92677

    *Plaintiff, Pro Se*


Roger S. Goldman, Esq.
**LATHAM & WATKINS LLP**
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

    *Counsel for Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr. and Billy Harbert Jr.*