## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY,<br><br>        Plaintiff,<br><br>        v.<br><br>PHILIPP HOLZMANN A.G.; WACHOVIA BANK, N.A.; B.L. HARBERT INTERNATIONAL, LLC; SABBIA AKTIENGESELLSCHAFT; HARBERT INTERNATIONAL ESTABLISHMENT, INC.; BILL L. HARBERT, SR.; AND BILLY HARBERT, JR.,<br><br>        Defendants. | NO: 1:07-cv-00654-RCL<br><br><br>Hon. Royce C. Lamberth |

### MOTION FOR ADMISSION *PRO HAC VICE*

### OF MATTHEW H. LEMBKE

I, Roger S. Goldman, a member of this Court, hereby move for the admission of Matthew H. Lembke *pro hac vice* in the above-referenced proceeding as counsel to B.L. Harbert International, LLC; Harbert International Establishment Inc.; Bill L. Harbert, Sr.; and Billy L. Harbert, Jr. (collectively "Defendants"). The declaration by Mr. Lembke is attached hereto as Exhibit 1.

WHEREFORE, I respectfully request that the Court admit *pro hac vice* Matthew H. Lembke to join as counsel for Defendants.

Respectfully submitted,

Dated: June 27, 2007

\_\_/s/ Roger S. Goldman\_\_\_
Roger S. Goldman
D.C. Bar No. 333294
Latham & Watkins LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Phone: 202-637-2200
Fax: 202-637-2201
Roger.Goldman@lw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Roger S. Goldman, hereby certify on this 27th day of June 2007, that I filed the foregoing Motion for Admission Pro Hac Vice via the Court's CM/ECF system, which will send a notice of electronic filing to the following CM/ECF users:

**Mark Butler Bierbower**
mbierbower@hunton.com

I further certify that the foregoing documents were sent via first class mail, postage pre-paid to the following non CM/ECF user:

**HODA ELEMARY**
21 Le Conte
Laguna Niguel, CA 92677

___/s/ Roger S. Goldman_____
Roger S. Goldman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. HODA ELEMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00654 |
| | ) | |
| PHILLIP HOLZMANN A.G., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION BY MATTHEW H. LEMBKE

I, Matthew H. Lembke, submit this declaration in support of the Motion for

Admission *Pro Hac Vice* of Matthew H. Lembke in accordance with Rule 83.2(d)

of the Rules of the United States District Court for the District of Columbia, and

state as follows:

1.      My name is Matthew Howard Lembke.

2.      I am a partner with the law firm of Bradley Arant Rose & White LLP,

One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203, phone: 205-

521-8560.

3.      I have been admitted to the following bars: the Supreme Court of

Alabama; the U.S. District Courts for the Northern, Middle, and Southern Districts

of Alabama; the U.S. Courts of Appeals for the Fourth, Fifth, Tenth, Eleventh, and

District of Columbia Circuits; and the U.S. Supreme Court.

1

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two

years.

6.    I am neither a member of the District of Columbia Bar nor do I have

an application for membership pending.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the

laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2007.

Respectfully submitted,

Matthew H. Lembke
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: 205-521-8560
Fax: 205-488-6560

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. HODA ELEMARY,    )
            )
  Plaintiff,     )
            )
v.           )  Case No. 1:07-CV-00654
            )
PHILLIP HOLZMANN A.G., et al., )
            )
  Defendants.    )
            )

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Matthew H. Lembke, it is hereby this _____ day of _____, 2007,

ORDERED, that Matthew H. Lembke is admitted *pro hac vice* as counsel for defendants B.L. Harbert International, LLC; Harbert International Establishment, Inc.; Bill L. Harbert, Sr.; and Billy L. Harbert, Jr.

_____
United States District Judge