IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-00654 |
| | ) |
| PHILIPP HOLZMANN, A.G., | ) |
| | ) |
| WACHOVIA BANK, N.A., | ) |
| | ) |
| B. L. HARBERT INTERNATIONAL, LLC, | ) |
| | ) |
| SABBIA AKTIENGESELLSCHAFT, | ) |
| | ) |
| HARBERT INTERNATIONAL ESTABLISHMENT, INC., | ) |
| | ) |
| BILL L. HARBERT, SR., | ) |
| | ) |
| and | ) |
| | ) |
| BILLY HARBERT, JR., | ) |
| | ) |
| Defendants. | ) |

**REPLY IN SUPPORT OF DEFENDANT
<u>WACHOVIA BANK, N.A.'S MOTION TO DISMISS</u>**

On June 11, 2007, Wachovia Bank, N.A. ("Wachovia") moved to be dismissed as a defendant under Federal Rule of Civil Procedure 12(b)(6) in this *pro se* matter brought by Plaintiff Dr. Hoda Elemary ("Plaintiff"). To date, Plaintiff has not opposed Wachovia's motion to dismiss, and her time for submitting a response has long since passed. On June 27, 2007, defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr., and Billy Harbert, Jr. (collectively "the Harbert Defendants") also moved to be dismissed as defendants in this matter. *See* Docket Nos. 13 and 14. Unlike Wachovia's motion

-2-

to dismiss, Plaintiff has opposed the Harbert Defendants' motions to dismiss. *See* Docket Nos. 17 and 18.

Under Local Rule 7(b), a party opposing a motion must file a memorandum of points and authorities within eleven days of service of the motion. "If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." LCvR 7(b). "Where the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule." *Fed. Deposit Ins. Corp. v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997); *see also Nails v. England*, 311 F. Supp. 2d 116, 122, 124 (D.D.C. 2004) (dismissing two counts of complaint for plaintiff's failure to oppose motion to dismiss); *Crooker v. United States Marshals Serv.*, 641 F. Supp. 1141, 1142 (D.D.C. 1986) (same).

Wachovia filed its motion to dismiss on June 11, 2007 and served Plaintiff by mail. Plaintiff's response was, therefore, due June 25, 2007. As of the date of this filing, Plaintiff has not filed any response and/or opposition. Thus, Wachovia's motion to dismiss should be viewed as conceded.

For the reasons stated in the Memorandum in Support of Wachovia Bank, N.A.'s Motion to Dismiss, and because Plaintiff has not opposed Wachovia's motion to dismiss, Wachovia respectfully requests the Court dismiss with prejudice Wachovia as a defendant in this matter.

-3-

                         **WACHOVIA BANK, N.A.**

By: _____
                Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
**HUNTON & WILLIAMS, LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)

Brent L. VanNorman (VA Bar #45956)
*Admitted Pro Hac Vice*
**HUNTON & WILLIAMS LLP**
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510
(757) 640-5300
(757) 625-7720 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of August, 2007, I sent copies of the foregoing **REPLY IN SUPPORT OF DEFENDANT WACHOVIA BANK, N.A.'S MOTION TO DISMISS** to be served via First Class Mail, postage prepaid, upon the following:

Dr. Hoda Elemary
21 Lo Conte
Laguna Niguel, California 92677
*Plaintiff, Pro Se*


Roger S. Goldman, Esq.
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
*Counsel for Defendants B.L. Harbert International, LLC, Harbert International Establishment, Inc., Bill L. Harbert, Sr. and Billy Harbert Jr.*