IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPP HOLZMANN A.G.; WACHOVIA BANK, N.A.; B.L. HARBERT INTERNATIONAL, LLC; SABBIA AKTIENGESELLSCHAFT; HARBERT INTERNATIONAL ESTABLISHMENT, INC.; BILL L. HARBERT, SR.; AND BILLY HARBERT, JR.,<br><br>    Defendants. | NO: 1:07-cv-00654-RCL<br><br>Hon. Royce C. Lamberth |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REVISED FILINGS**

Defendants Bill L. Harbert, Sr., B.L. Harbert International, LLC, Harbert International Establishment, Inc., and Billy Harbert, Jr. (collectively, "Defendants") hereby respectfully move this Court to strike Plaintiff's recently and improperly filed "Notice of Errata to Amended Memoranda of Law in Opposition to the Motions of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Bill L. Harbert, Sr. and Harbert Intentional Establishment, Inc. to Dismiss and Certain Defendants to Trasnsfer [sic] Venue; Amended Memorandum of Law in Opposition to the Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Request for Judicial Notice; Amended Memorandum of Law in Opposition to the Motion of Certain Defendants to Transfer Venue; and Amended Memorandum of Law in Opposition to the Motion of Defendants Bill L. Harbert, Sr. and Harbert International Establishment, Inc. to Dismiss" (filed Aug. 10, 2007) (collectively, "Revised Filings").

1

Defendants also request that the Court not consider Plaintiff's Revised Filings in ruling on Defendants' Motions to Dismiss and Certain Defendants' Motion to Transfer Venue.

**Memorandum of Points and Authorities**

On June 27, 2007, Defendants filed two separate Motions to Dismiss, and certain Defendants filed a Motion to Transfer Venue. Contrary to Plaintiff's unsupported assertions, copies of these filings were served via first class mail to Plaintiff that same day. Plaintiff failed to file oppositions within the time prescribed by Local Civil Rule 7(b).

On July 16, 2007, the Court issued an Order requiring Plaintiff to respond to Defendants' motion within fourteen days or "the Court will treat the motions as conceded and dismiss the complaint." Order (filed July 16, 2007). After receiving this Court's Order, Plaintiff prepared and filed oppositions to Defendants' Motions on July 30, 2007, claiming that she never received service copies of Defendants' Motions.[1] On August 9, 2007, Defendants filed their reply briefs.[2] Taking Plaintiff at her word that she did not receive the service copies of Defendants' Motions, Defendants did not request that this Court treat the Motions as conceded—as would have been permitted under Rule 7(b)—or otherwise object to the late filing of the Oppositions. After Defendants prepared and filed their replies, Plaintiff filed the Revised Filings, which comprised of a purported "Notice of Errata" as well three amended opposition briefs.

---

[1] *See* Memorandum in Opposition to the Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International, LLC to Dismiss at 6 (filed July 30, 2007); Memorandum of Law in Opposition to the Motion of Defendants Bill L. Harbert, Sr. and Harbert International Establishment, Inc. to Dismiss, Incorporated Schedule at 5 (filed July 30, 2007); *see also* Memorandum of Law in Opposition to the Motion of Certain Defendants to Transfer Venue (filed July 30, 2007).

[2] *See* Reply Brief in Support of Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International, LLC to Dismiss (filed Aug. 9, 2007); Reply Brief in Support of Motion of Defendants Bill L. Harbert, Sr. and Harbert International Establishment, Inc. to Dismiss (filed Aug. 9, 2007); Reply Brief in Support of the Motion of Certain Defendants to Transfer Venue (filed Aug. 9, 2007).

This Court should neither accept nor consider these documents. Although Plaintiff alleges that she is filing amended opposition briefs pursuant to an "Errata," the Revised Filings do not simply correct typographical, word-choice, grammatical, or formatting errors. Instead, each of the documents contains new attachments that were not included in Plaintiff's original oppositions, and at least one of her revised opposition briefs contains new facts and allegations.[3] As such the "Amended Oppositions" constitute new and untimely Oppositions or impermissible Surreplies. *See Scaffidi v. United Nissan, et al.*, CV-S-04-1366-PMP (LRL), 2005 U.S. Dist. LEXIS 41635, at *5 (D. Nev. Sept. 26, 2005) (granting motion to strike where document titled "Supplement and/or Errata to Brief in Opposition," which presented new arguments and related to a Plaintiff not included in original Opposition, was not an errata but a "late response" that was not timely filed). This Court's Rules do not anticipate or permit multiple oppositions or surreplies, and it would be inequitable and prejudicial to allow Plaintiff to file new Oppositions after Defendants timely filed their Replies. *See* L. R. Civ. P. 7(b) (no provisions in motions practice for surreplies).[4]

There is no rule or procedure that allows Plaintiff to now make arguments and present facts and evidence that she chose not to include in her original Oppositions. And there is no justification for filing revised oppositions more than three weeks after this Court notified

---

[3] *See* Revised Filings at Incorporated Schedule (attaching various letters and documents not previously cited or attached to her original Oppositions); *see also* Revised Filings, Amended Memorandum of Law in Opposition to the Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss at 1 (citing those documents and for the first time arguing that "there are two separate factions at the root of the dispute in the instant case" and that "Billy Harbert, Jr. and his attorneys have repeatedly continued to misrepresent facts to the Court And [sic] mislead Judges and Counsel into thinking these attorneys represent Mr. Harbert").

[4] Plaintiff makes no argument that her Errata is based on "newly discovered" facts or circumstances, and it is clear that that is not the case. For example, one of the letters attached to and discussed in the Revised Filings that was not attached to or discussed in her original Oppositions is from August 2003. *See* Errata at Exhibit A-1.

Plaintiff that she must respond; although Plaintiff argues that she was prejudiced because she did not receive service copies of Defendants' original Motions, any prejudice was mitigated by the additional time this Court has already given Plaintiff to respond. The Revised Filings are simply and clearly an attempt to have another opportunity to make arguments in opposition to Defendants' Motions.

For the foregoing reasons, Defendants respectfully request that this Court (i) strike Plaintiff's Revised Filings and (2) not consider the new arguments, attachments, and allegations contained in the Revised Filings.

Dated: August 16, 2007                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　   /s/ Roger S. Goldman　　　　　
　　　　　　　　　　　　　　　　　　　　　　Roger S. Goldman
　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 333294)
　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　555 11th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 637-2200
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 637-2201
　　　　　　　　　　　　　　　　　　　　　　Email: roger.goldman@lw.com

　　　　　　　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　　　　　　　Matthew H. Lembke
　　　　　　　　　　　　　　　　　　　　　　BRADLEY ARANT ROSE & WHITE LLP
　　　　　　　　　　　　　　　　　　　　　　One Federal Place
　　　　　　　　　　　　　　　　　　　　　　1819 Fifth Avenue North
　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　　　　　Tel: (205) 521-8000
　　　　　　　　　　　　　　　　　　　　　　Fax: (205) 521-8800
　　　　　　　　　　　　　　　　　　　　　　Email: mlembke@bradleyarant.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Billy Harbert, Jr.,
　　　　　　　　　　　　　　　　　　　　　　B.L. Harbert International, LLC, Bill L. Harbert,
　　　　　　　　　　　　　　　　　　　　　　Sr. and Harbert International Establishment, Inc.

## CERTIFICATE OF SERVICE

      I, Roger S. Goldman, hereby certify on this 16th day of August, 2007 that I filed the foregoing {Motion to Strike Notice of Errata to Amended Memoranda of Law in Opposition to the Motions of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Bill L. Harbert, Sr. and Harbert Intentional Establishment, Inc. to Dismiss and Certain Defendants to Trasnsfer [sic] Venue; Amended Memorandum of Law in Opposition to the Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Request for Judicial Notice; Amended Memorandum of Law in Opposition to the Motion of Certain Defendants to Transfer Venue; and Amended Memorandum of Law in Opposition to the Motion of Defendants Bill L. Harbert, Sr. and Harbert International Establishment, Inc. to Dismiss} via the Court's CM/ECF system, which will send a notice of electronic filing to the following CM/ECF users:

**Mark Butler Bierbower**
mbierbower@hunton.com

      I further certify that I had the foregoing documents sent via certified mail and Federal Express, postage pre-paid to the following non CM/ECF user:

**Hoda Elemary**
21 Le Conte
Laguna Niguel, CA 92677


      /s/ Roger S. Goldman
      Roger S. Goldman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPP HOLZMANN A.G.; WACHOVIA BANK, N.A.; B.L. HARBERT INTERNATIONAL, LLC; SABBIA AKTIENGESELLSCHAFT; HARBERT INTERNATIONAL ESTABLISHMENT, INC.; BILL L. HARBERT, SR.; AND BILLY HARBERT, JR.,<br><br>    Defendants. | NO: 1:07-cv-00654-RCL<br><br>Hon. Royce C. Lamberth |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion to Strike Plaintiff's Revised Filings, it is hereby this _____ day of _____, 2007,

ORDERED, that Defendants' Motion to Strike Plaintiff's Revised Filings is GRANTED and that Plaintiff's Notice of Errata to Amended Memoranda of Law in Opposition to the Motions of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Bill L. Harbert, Sr. and Harbert Intentional Establishment, Inc. to Dismiss and Certain Defendants to Trasnsfer [sic] Venue; Amended Memorandum of Law in Opposition to the Motion of Defendants Billy Harbert, Jr. and B.L. Harbert International LLC to Dismiss; Request for Judicial Notice; Amended Memorandum of Law in Opposition to the Motion of Certain Defendants to Transfer Venue; and Amended Memorandum of Law in Opposition to the Motion of Defendants Bill L. Harbert, Sr. and Harbert International Establishment, Inc. to Dismiss are stricken.

ENTERED:

                                                                             By the Court:

Date:_____              _____

                                                                             Hon. Royce C. Lamberth
                                                                             United States District Judge

cc:

Roger S. Goldman
(D.C. Bar No. 333294)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

Matthew H. Lembke
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Hoda Elemary
21 Le Conte
Laguna Niguel, CA 92677