UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, *pro se*,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>PHILIPP HOLZMANN A.G., *et al.*,  )<br>  )<br>   Defendants.  )<br>  ) | | Civil Action No. 07-654 (RCL) |

### ORDER

Nothing on the Clerk of Court's docket reflects service on defendants Philipp Holzmann, A.G. ("Holzmann"), and Sabbia Aktiengesellschaft ("Sabbia"), and neither defendant has filed a response to the complaint.

Federal Rule of Civil Procedure 4(c) assigns the plaintiff responsibility for prompt service of a summons and complaint on each defendant, and Rule 4(l) requires that proof of such service be filed with the court. Under Rule 4(m), failure to effect service within 120 days of filing a complaint renders the action subject to dismissal as to the unserved defendants unless the plaintiff shows good cause for the failure.

In its Order of July 16, 2007 [15], this Court directed plaintiff to file with the Clerk of Court, within ten (10) days, either proof of service on defendant Holzmann or a status memorandum describing efforts to effect service. Plaintiff has not complied. Thus, it is hereby ORDERED that plaintiff's claims against defendant Holzmann are DISMISSED for failure to comply with this Court's order.

It is further ORDERED that plaintiff shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service on defendant Sabbia.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 7, 2008.