UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, *pro se*, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-654 (RCL) |
| PHILIPP HOLZMANN A.G., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendant Wachovia Bank moved to dismiss [7] on June 11, 2007. On July 16, 2007, this Court filed an order [15] in accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), advising plaintiff of the consequences of failing to respond to defendant's motion within 14 days. Plaintiff has not responded as of this date. Therefore, the Court shall treat defendant's motion as conceded.

Accordingly, upon consideration of defendant's motion to dismiss and plaintiff's failure to respond, it is hereby ORDERED that defendant's motion to dismiss is GRANTED and plaintiff's claims against defendant Wachovia Bank are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 7, 2008.