UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, *pro se*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 07-654 (RCL) |
| PHILIPP HOLZMANN A.G., *et al.*, | | |
| Defendants. | | |

## ORDER

Nothing on the Clerk of Court's docket reflects service on defendant Sabbia Aktiengesellschaft ("Sabbia"), and this defendant has filed no response to the complaint.

Federal Rule of Civil Procedure 4(c) assigns the plaintiff responsibility for prompt service of a summons and complaint on each defendant, and Rule 4(l) requires that proof of such service be filed with the court. Under Rule 4(m), failure to effect service within 120 days of filing a complaint renders the action subject to dismissal as to the unserved defendants unless the plaintiff shows good cause for the failure.

In its Order of January 7, 2008 [27], this Court directed plaintiff to file with the Clerk of Court, within ten (10) days, either proof of service on defendant Sabbia or a status memorandum describing efforts to effect service. Plaintiff has not complied. Thus, it is hereby ORDERED that plaintiff's claims against defendant Sabbia are DISMISSED for failure to comply with this Court's order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2008.