UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, *pro se*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-654 (RCL) |
| PHILIPP HOLZMANN A.G., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

The Court has considered plaintiff's complaint [1], the motion to dismiss [13] filed by defendants Billy Harbert, Jr. ("Billy Harbert") and B.L. Harbert International, LLC ("HILLC"), plaintiff's opposition thereto [17], and defendants' reply [21]. The Court has further considered the motion to dismiss [14] filed by defendants Bill L. Harbert, Sr. ("Bill L. Harbert") and Harbert International Establishment, Inc. ("HIE"), plaintiff's opposition thereto [18], defendants' reply [22], and the applicable law. For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that Billy Harbert and HILLC's motion to dismiss [13] is GRANTED. Plaintiff's claims against Billy Harbert and HILLC are DISMISSED. It is further

ORDERED that Bill L. Harbert and HIE's motion to dismiss [14] is GRANTED in part. Plaintiff's claims against HIE, and her termination in violation of public policy (Count Four) and fraud (Count Five) claims against Bill L. Harbert, are DISMISSED. Plaintiff has made out a claim for violation of 18 U.S.C. section 1964 ("civil RICO") against Bill L. Harbert, and to this extent, the motion to dismiss is DENIED in part.

      Plaintiff's claims for breach of contract (Count 2), quantum meruit (Count 3), and civil RICO (Count 7), all against Bill L. Harbert, remain pending.

      SO ORDERED.

      Signed by Royce C. Lamberth, United States District Judge, February 6, 2008.