UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, *pro se*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-654 (RCL) |
| PHILIPP HOLZMANN A.G., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court has reviewed defendants' motion to strike [26] plaintiff's notices of errata and corrected oppositions [24, 25] to their motions to dismiss and to transfer venue, as well as the notices, themselves. To the extent plaintiff's corrected filings differ in substance from her original oppositions, the new matter is either irrelevant or clearly referenced in her original filings. Moreover, "motions to strike, as a general rule, are disfavored." *Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distribs. Pty., Ltd.*, 647 F.2d 200, 201 (D.C. Cir. 1981). Accordingly, it is hereby

ORDERED that Billy Harbert, HILLC, Bill L. Harbert, and HIE's motion to strike [26] plaintiff's revised filings is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 6, 2008.