IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPP HOLZMANN A.G.; WACHOVIA BANK, N.A.; B.L. HARBERT INTERNATIONAL, LLC; SABBIA AKTIENGESELLSCHAFT; HARBERT INTERNATIONAL ESTABLISHMENT, INC.; BILL L. HARBERT, SR.; AND BILLY HARBERT, JR.,<br><br>    Defendants. | NO: 1:07-cv-00654-RCL<br><br>Hon. Royce C. Lamberth |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Nathaniel A. Vitan, of Latham & Watkins LLP, as counsel in this case for Defendant Bill L. Harbert, Sr.

Dated: February 11, 2008

Respectfully submitted,

/s/ Nathaniel A. Vitan_____
Nathaniel A. Vitan
D.C. Bar No. 477402
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Nathaniel.Vitan@lw.com

## **CERTIFICATE OF SERVICE**

I, Nathaniel A. Vitan, hereby certify that on this 11th day of February, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served, via certified mail, postage pre-paid, upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, California 92677

      /s/ Nathaniel A. Vitan_____
          Nathaniel A. Vitan