IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. HODA ELEMARY,            )
                               )
    Plaintiff,             )
                               )
v.                            )    CIVIL ACTION NUMBER: CV-07-654
                               )
PHILIPP HOLZMANN A.G., et al.,    )
                               )
    Defendants.           )

MOTION FOR DEFAULT JUDGMENT
AND REQUEST FOR A HEARING

Defendant and Counter-Plaintiff Bill L. Harbert, Sr. ("Mr. Harbert") hereby moves this Court to enter a Default Judgment in favor of Mr. Harbert and against Plaintiff and Counter-Defendant Hoda Elemary ("Ms. Elemary"), in an amount to be determined by the Court after a hearing. In support, Mr. Harbert states:

1.      An Application for Default, supported by the Declaration of Roger S. Goldman ("Goldman Decl."), is being filed concurrently with this Motion for Default Judgment. A copy of said application is attached hereto as Exhibit 1, and a copy of the supporting declaration is attached hereto as Exhibit 2.

2.      As she filed this lawsuit, Ms. Elemary has already appeared in this case. She was thus duly served via United States mail with a copy of Mr. Harbert's Answer & Counterclaims (Doc. 35) (the "Counterclaim") on February 21, 2008, as evidenced by the Certificate of Service on the Counterclaim.[1]

---

[1] On March 24, 2008, the service copy of the Counterclaim was returned to counsel for Mr. Harbert by the United States Postal Service marked "Unclaimed." *See* Ex. 2 ¶ 3. The service copy reflects the fact that after its initial delivery attempt, the Postal Service provided Ms. Elemary a second notice of the package on March 6, 2008 and returned the mailing ten days later, on March 16, 2008. *Id.* Of course, as Ms. Elemary is already a party to this

3.      Ms. Elemary had until Monday, March 17, 2008, to file a response to the Counterclaim.[2]

4.      Ms. Elemary has failed to answer or otherwise respond to Mr. Harbert's Counterclaim or serve a copy of any answer or other defense which she might have upon the attorneys of record for Mr. Harbert.

5.      Elemary was retained by Mr. Harbert to serve as an independent contractor to assist with the management of a lawsuit that took place in Washington, D.C. (the "D.C. Litigation").  They purported to enter into a written, notarized contract on September 21, 2004 (the "September 21 Agreement").  *See* Doc. 35, Ex. A; *see also* Complaint, Ex. G (Doc. 1-9).[3]

6.      That agreement stated that Elemary "consented to be directed by Mr. Harbert" with respect to her role as case manager.  Doc. 35, Ex. A, ¶ 5.  It further contemplated that Mr. Harbert might decide to settle that litigation after "consent[ing] to pay the Government an amount, if any, with which he is comfortable."  *Id.* ¶ 6.

7.      While serving in her capacity as independent contractor, Elemary took actions on numerous occasions that were clearly beyond her authority, or even directly contrary to her instructions.  For example, she made an offer to settle the lawsuit for $15 million despite the fact that she had been expressly instructed that Mr. Harbert would not settle for that amount.

---

lawsuit, service of the counterclaim became effective when it was mailed.  *See* FED. R. CIV. P. 5(b)(2)(B).  However, Ms. Elemary should not be permitted to argue that she had no chance to receive and review the Counterclaim, as there is substantial evidence that she has been at home – where the Counterclaim was mailed – and receiving packages at that address during this time.  *See* Declaration of Matthew H. Lembke, attached hereto as Exhibit 3.

[2] Ms. Elemary had 20 days from the February 21, 2008, date of filing of the Counterclaim to respond.  Fed. R. Civ. P.12(a)(2).  Because service was by mail, she was allowed three extra days pursuant to Fed. R. Civ. P. 6(e).  Those 23 days extended until March 15, 2008, a Saturday, and thus Monday, March 17, 2008, was her proper deadline.

[3] The September 21 Agreement purportedly updated and superseded a similar previous agreement between Elemary and Mr. Harbert.  That agreement was executed by the parties on September 2, 2004.

8.     Furthermore, during the course of her service as independent contractor, Elemary disclosed to third parties, without permission, confidential or privileged information or documents.

9.     These actions of Elemary as described above constituted breaches of the September 21 Agreement and were in contradiction to the purposes of Elemary's role in assisting with the D.C. Litigation.  Such actions, among other things, were the reasons for Elemary's termination.

10.     Elemary was terminated on April 4, 2005.  Since that time, she has continued to ignore her duty to maintain the confidentiality of certain information obtained in her role with Mr. Harbert.  She also continues to ignore basic principles of the attorney-client privilege.

11.     Since Elemary's termination, Mr. Harbert has learned that certain representations that she made to him in the September 21 Agreement regarding one of his attorneys, William Sharp, were untrue.  Specifically, Elemary represented to Mr. Harbert, and wrote into the September 21 Agreement, that:

> William Sharp has reviewed the arrangement between Mr. Harbert and Dr.
> Elemary regarding said Le Conte property, and finds that arrangement in order.

Doc. 35, Ex. A, ¶ 8.  In fact, Elemary had failed to disclose the Laguna Niguel Beach House 2003 Revocable Trust to Mr. Sharp, and Mr. Harbert did not learn this until after March 1, 2005.

## Harassing Litigation

12.     Elemary has brought similar claims against Mr. Harbert on several occasions previously.  Elemary has made nearly identical claims against Mr. Harbert, and many of his former co-defendants in this action, on at least two other actions.  These lawsuits are part of Elemary's continuing effort to harass Mr. Harbert and others with nonstop frivolous litigation.

13.      In July 2006, Elemary filed in the Central District of California a nearly identical complaint, raising nearly identical claims, against Mr. Harbert, and twenty-one other defendants – including former co-defendants Billy Harbert, Jr.; B.L. Harbert International, LLC; Wachovia Bank, N.A.; Sabbia Aktiengessellchaft; and Harbert International Establishment, Inc., and no fewer than nine attorneys and law firms. *Elemary v. Harbert*, No. CV06-4723 RGK (PJWx) (C.D. Cal. filed July 28, 2006).  Because the majority of events on which Elemary based her claims took place in Alabama, Mr. Harbert and several other defendants in that suit moved to transfer the case to the United States District Court for the Northern District of Alabama.  The court granted the motion on February 28, 2007.  Compl. ¶ 5.[4]  Refusing to accept the Central District of California's determination that her claims properly belong in Alabama, Plaintiff quickly dismissed the complaint after her initial suit was transferred.  *Id.*[5]

14.      Even before her first case was transferred, Plaintiff had filed a second lawsuit in the same California federal court, seeking liquidated damages purportedly triggered by the filing of the motion to transfer and personal jurisdiction challenges by Billy Harbert, Jr. and other defendants.[6]  On July 27, 2007, one month after defendants had filed motions to dismiss, a supporting declaration, and a request for judicial notice, Elemary filed a notice of voluntary dismissal without prejudice.  The court denied this motion as moot on August 8, 2007.  The court dismissed this lawsuit, on the same grounds as the first lawsuit, in an order entered August 10, 2007.

---

[4] *See* Civil Minutes, *Elemary v. Harbert*, No. CV06-4723 RGK (PJWx) (C.D. Cal. Feb. 28, 2007) (attached as Exhibit 2 to Certain Defendants' Request for Judicial Notice ("Doc. 12")).

[5] Notice of Voluntary Dismissal, *Elemary v. Harbert*, Civil Action No. 07-AR-0457-5 (filed March 20, 2007) (attached as Exhibit 11 to Doc. 12).

[6] *See* Complaint, *Elemary v. Harbert*, No. SA CV07-0217 RGK (PJWx) (C.D. Cal. filed Feb. 20, 2007) (attached as Exhibit 3 to Doc. 12).

15.     After dismissing the action transferred to Alabama, Elemary filed this action – her third lawsuit – on April 10, 2007, against Mr. Harbert, Billy Harbert Jr., and several Harbert-related entities she had previously joined as defendants in the now-dismissed suit.  The seven-count Complaint in this case contains nearly identical claims and allegations as Plaintiff's first (and now-dismissed) California complaint.[7]

16.     Elemary filed a fourth lawsuit on April 27, 2007 in the Superior Court of the State of California for the County of Los Angeles.[8]  Instead of naming the same defendants whom she named in her prior complaints, however, Elemary this time brought suit against only three named defendants – Mr. Harbert, his son Billy Harbert, Jr., and Jerry L. Steering – and twenty-five other "Doe" defendants.  On June 5, 2007, Mr. Harbert and Billy Harbert, Jr. removed the case to the Central District of California, which later granted the Harberts' separate motions to dismiss on venue grounds and dismissed the case on August 22, 2007.

17.     Elemary's multiple lawsuits related to her alleged claims against the Harberts have been virtually completely unsuccessful and have imposed substantial costs on Mr. Harbert and his related entities.

18.     On the basis of the above facts, Mr. Harbert has brought counterclaims for fraudulent inducement, breach of contract based on the September 21 Agreement, breach of confidential relationship, breach of fiduciary duty, unjust enrichment, and malicious prosecution based on successive suits.

---

[7] *Compare* Complaint, Doc. 1, *with* First Amended Complaint for Damages, *Elemary v. Harbert*, No. CV06-4732 RGK (PJWx) (C.D. Cal. filed Oct. 30, 2006) (attached as Exhibit 4 to Doc. 12).

[8] See Complaint, *Elemary v. Steering*, No. BC370218 (L.A. Super. Ct. filed Apr. 27, 2007) (attached as Exhibit 5 to Doc. 12).

19.    Mr. Harbert's request for relief for these claims includes compensatory damages for a variety of damages, including mental anguish; punitive damages; and attorneys' fees. Accordingly, Mr. Harbert requests that the Court hold a hearing pursuant to Fed. R. Civ. P. 55(b)(2) to determine the proper amount of damages.

WHEREFORE, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Mr. Harbert requests that the Court schedule a hearing to ascertain the proper amount of a default judgment to be entered against Ms. Elemary pursuant to the relief sought in the Counterclaim, and for such other, further and different relief as may be just and proper.

Dated: April 2, 2008                                      Respectfully submitted,


                                                          /s/ Roger S. Goldman
                                                          Roger S. Goldman
                                                          (D.C. Bar No. 333294)
                                                          LATHAM & WATKINS LLP
                                                          555 11th Street, N.W.
                                                          Suite 1000
                                                          Washington, D.C. 20004
                                                          Tel: (202) 637-2200
                                                          Fax: (202) 637-2201
                                                          Email: roger.goldman@lw.com


                                                          Of Counsel:
                                                          Nathaniel A. Vitan
                                                          (D.C. Bar No. 477402)
                                                          LATHAM & WATKINS LLP
                                                          555 11th Street, N.W.
                                                          Suite 1000
                                                          Washington, D.C. 20004
                                                          Tel: (202) 637-2200
                                                          Fax: (202) 637-2201
                                                          Email: nathaniel.vitan@lw.com

Matthew H. Lembke
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel: (205) 521-8000
Fax: (205) 521-8800
Email: mlembke@bradleyarant.com

Attorneys for Defendant Bill L. Harbert, Sr.,

**CERTIFICATE OF SERVICE**

I, Roger S. Goldman, hereby certify that on this 2nd day of April, 2008, I caused a true

and correct copy of the foregoing Motion For Default Judgment And Request For A Hearing to

be served, via certified mail, postage pre-paid, upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, California 92677


<span style="margin-left:50%;">/s/ Roger S. Goldman</span>
<span style="margin-left:50%;">Roger S. Goldman</span>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. HODA ELEMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER:  CV-07-654 |
| | ) | |
| PHILIPP HOLZMANN A.G., et al., | ) | |
| | ) | |
| Defendants. | ) | |

APPLICATION FOR ENTRY OF DEFAULT

The Court is requested to enter default against Plaintiff and Counter-Defendant Hoda

Elemary in the above-entitled action for failure to plead, answer, or otherwise defend against the

counterclaims brought by Defendant and Counter-Plaintiff Bill L. Harbert, Sr., as is set out in the

declaration of Roger S. Goldman, attached to Mr. Harbert's Motion For Default Judgment And

Request For A Hearing as Exhibit 2.

Dated: April 2, 2008                                    Respectfully submitted,


                                                       /s/ Roger S. Goldman
                                                       Roger S. Goldman
                                                       (D.C. Bar No. 333294)
                                                       LATHAM & WATKINS LLP
                                                       555 11th Street, N.W.
                                                       Suite 1000
                                                       Washington, D.C. 20004
                                                       Tel: (202) 637-2200
                                                       Fax: (202) 637-2201
                                                       Email: roger.goldman@lw.com

2

Of Counsel:
Nathaniel A. Vitan
(D.C. Bar No. 477402)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: nathaniel.vitan@lw.com

Matthew H. Lembke
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel: (205) 521-8000
Fax: (205) 521-8800
Email: mlembke@bradleyarant.com

Attorneys for Defendant Bill L. Harbert, Sr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. HODA ELEMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER:  CV-07-654 |
| | ) | |
| PHILIPP HOLZMANN A.G., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ROGER S. GOLDMAN

I, Roger S. Goldman, declare as follows:

1.      I am a partner in the Washington, D.C. office of Latham & Watkins LLP and am counsel of record for Defendant and Counter-Plaintiff Bill L. Harbert, Sr. ("Mr. Harbert").  I am competent to testify to the matters contained in this declaration, which are true and correct based on my personal knowledge.

2.      On February 21, 2008, I caused a copy of the Answer and Counterclaims of Mr. Harbert (the "Counterclaim") to be served, via United States Certified Mail, on Plaintiff and Counter-Defendant Hoda Elemary ("Ms. Elemary").  A true and correct copy of the Certified Mail Receipt is attached hereto as Exhibit A.

3.      On March 24, 2008, I received the service copy of the Counterclaim, which was returned by the United States Postal Service marked "Unclaimed."  The service copy reflects the fact that after its initial delivery attempt, the Postal Service provided Ms. Elemary a second notice of the package on March 6, 2008, and returned the mailing ten days later, on March 16, 2008.  A true and correct copy of the stamped service envelope is attached hereto as Exhibit B.

4.      Ms. Elemary is not a minor, in the military, or incompetent.

2

5.      This declaration is executed in accordance with Rule 55(a) of the Federal Rules of

Civil Procedure, for the purpose of enabling Mr. Harbert to obtain an entry of default against Ms.

Elemary for her failure to answer or otherwise defend as to the Counterclaim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed on April ⟨, 2008.


_____
                        Roger S. Goldman



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Hoda Elemary

Street, Apt. No.; or PO Box No.  21 Le Conte

City, State, ZIP+4  Laguna Niguel, CA 92671

7002 2030 0006 6751 5215

PS Form 3800, June 2002        See Reverse for Instructions



Roger Goldman

RETURN RECEIPT REQUESTED



LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

TO: Hoda Elemary
21 Le Le Conte
Laguna Niguel, CA 92677

UNCLAIMED
UNCLAIMED

1st NOTICE
2nd NOTICE
RETURNED



Hasler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. HODA ELEMARY,                         )
                                          )
      Plaintiff,                          )
                                          )
v.                                        )    CIVIL ACTION NUMBER:  CV-07-654
                                          )
PHILIPP HOLZMANN A.G., et al.,            )
                                          )
      Defendants.                         )

DECLARATION OF MATTHEW H. LEMBKE

I, Matthew H. Lembke, declare as follows:

1.     I am a partner in the Birmingham, Alabama office of Bradley Arant Rose &

White LLP and am counsel of record for Defendant and Counter-Plaintiff Bill L. Harbert, Sr.

("Mr. Harbert").  I am competent to testify to the matters contained in this declaration, which are

true and correct based on my personal knowledge.

2.     Pursuant to Local Rule 16.3(a), a conference call was scheduled with *pro se*

Plaintiff and Counter-Defendant Hoda Elemary ("Ms. Elemary") regarding this case on March

18, 2008.

3.     In advance of that conference call, I prepared a draft of a Joint Report of Parties

Pursuant to Local Rule 16.3 (the "Draft Report").  The Draft Report addressed the topics

required to be discussed under Local Rule 16.3(c) and proposed a schedule for discovery and the

trial of this action.

4.     On March 14, 2005, I sent the Draft Report to Ms. Elemary via Federal Express.

A copy of my cover letter accompanying the Draft Report is submitted herewith as Exhibit A.

5.     That Federal Express package was delivered to Ms. Elemary's residence in Laguna Niguel, California on March 15, 2008, and was left at her front door. A tracking and delivery record for this package is submitted herewith as Exhibit B. This Federal Express delivery was the only manner in which the Draft Report was sent to Ms. Elemary.

6.     I called Ms. Elemary at the appointed time for our conference at the telephone number at her residence on March 18, 2008, and she answered the phone.

7.     Ms. Elemary had the Draft Report, and we discussed it briefly. I am not aware of any way that she could have received or known of the Draft Report other than the Federal Express delivery.

8.     I saw Ms. Elemary in Los Angeles, California on March 19 and 20, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008.

_____
Matthew H. Lembke

2



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2119
205.521.8000   FAX 205.521.8800
WWW.BRADLEYARANT.COM

Matthew H. Lembke

Direct Dial: (205) 521-8560
Direct Fax: (205) 488-6560
mlembke@bradleyarant.com

March 14, 2008

**VIA FEDERAL EXPRESS**

Ms. Hoda Elemary
21 Le Conte
Laguna Niguel, CA 92677

      RE:    Elemary v. Harbert; CV-07-654
               United States District Court for the District of Columbia

Dear Ms. Elemary:

Enclosed please find a draft of the report we will have to file after our telephone conference next Tuesday, March 18, at 2:00 p.m. Pacific time. We can discuss the details of this report during that conference.

Very truly yours,

Matthew H. Lembke
MHL:slb
Enclosure
cc:    Roger S. Goldman, Esq. (via fax, w/encl.)

Track Shipments/FedEx Kinko's Orders
# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 912973515222 | **Reference** | H3756-78474/MHL |
| **Signed for by** | Signature release on file | **Department number** | MATTHEW H. LEMBKE |
| **Ship date** | Mar 14, 2008 | **Destination** | LAGUNA NIGUEL, CA |
| **Delivery date** | Mar 15, 2008 11:29 AM | **Delivered to** | Residence |
| | | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |

**Status**          Delivered

**Signature image available**    <u>No</u>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 15, 2008** | 11:29 AM | **Delivered** | LAGUNA NIGUEL, CA | Left at front door. Package delivered to recipient address - release authorized |
| | 10:11 AM | On FedEx vehicle for delivery | IRVINE, CA | |
| | 8:27 AM | At local FedEx facility | IRVINE, CA | |
| | 3:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:15 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Mar 14, 2008** | 9:32 PM | Left origin | IRONDALE, AL | |
| | 7:10 PM | Picked up | IRONDALE, AL | |
| | 3:34 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments/orders |
|---|---|---|

Subscribe to tracking updates (optional)

**Your name:** |                    |          **Your e-mail address:** |                |

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>

Subm