IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. HODA ELEMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER:  CV-07-654 |
| | ) | |
| PHILIPP HOLZMANN A.G., et al., | ) | |
| | ) | |
| Defendants. | ) | |

APPLICATION FOR ENTRY OF DEFAULT

The Court is requested to enter default against Plaintiff and Counter-Defendant Hoda Elemary in the above-entitled action for failure to plead, answer, or otherwise defend against the counterclaims brought by Defendant and Counter-Plaintiff Bill L. Harbert, Sr., as is set out in the declaration of Roger S. Goldman, attached hereto.

Dated: April 3, 2008

Respectfully submitted,

/s/ Roger S. Goldman
Roger S. Goldman
(D.C. Bar No. 333294)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roger.goldman@lw.com

Of Counsel:
Nathaniel A. Vitan
(D.C. Bar No. 477402)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: nathaniel.vitan@lw.com

Matthew H. Lembke
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel: (205) 521-8000
Fax: (205) 521-8800
Email: mlembke@bradleyarant.com

Attorneys for Defendant Bill L. Harbert, Sr.,

### CERTIFICATE OF SERVICE

I, Roger S. Goldman, hereby certify that on this 3rd day of April, 2008, I caused a true and correct copy of the foregoing Application for Entry of Default to be served, via certified mail, postage pre-paid, upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, California 92677

/s/ Roger S. Goldman
Roger S. Goldman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER:  CV-07-654 |
| | ) | |
| PHILIPP HOLZMANN A.G., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ROGER S. GOLDMAN

I, Roger S. Goldman, declare as follows:

1.      I am a partner in the Washington, D.C. office of Latham & Watkins LLP and am counsel of record for Defendant and Counter-Plaintiff Bill L. Harbert, Sr. ("Mr. Harbert").  I am competent to testify to the matters contained in this declaration, which are true and correct based on my personal knowledge.

2.      On February 21, 2008, I caused a copy of the Answer and Counterclaims of Mr. Harbert (the "Counterclaim") to be served, via United States Certified Mail, on Plaintiff and Counter-Defendant Hoda Elemary ("Ms. Elemary").  A true and correct copy of the Certified Mail Receipt is attached hereto as Exhibit A.

3.      On March 24, 2008, I received the service copy of the Counterclaim, which was returned by the United States Postal Service marked "Unclaimed."  The service copy reflects the fact that after its initial delivery attempt, the Postal Service provided Ms. Elemary a second notice of the package on March 6, 2008, and returned the mailing ten days later, on March 16, 2008.  A true and correct copy of the stamped service envelope is attached hereto as Exhibit B.

4.      Ms. Elemary is not a minor, in the military, or incompetent.

5.    No answer or other pleading in response to the Counterclaim has been filed by Ms. Elemary, and none has been served upon Mr. Harbert or his counsel. No extension has been given and the time for filing has expired.

6.    This declaration is executed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Mr. Harbert to obtain an entry of default against Ms. Elemary for her failure to answer or otherwise defend as to the Counterclaim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2008.

_____
                Roger S. Goldman

2



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To  Hoda Elemary
Street, Apt No.;
or PO Box No.  21 Le Conte
City, State, ZIP+4  Laguna Niguel, CA 92677

PS Form 3800, June 2002                    See Reverse for Instructions

7002 2030 0006 6751 5215



RETURN RECEIPT
REQUESTED

Roger Goldman



LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

TO:
Hoda Elemary
21 Le Le Conte
Laguna Niguel, CA 92677

UNCLAIMED

UNCLAIMED



1st NOTICE:
2nd NOTICE:
RETURNED
3-16



Hasler