UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. HODA ELEMARY, *pro se*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-654 (RCL) |
| PHILLIP HOLZMANN A.G., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On March 3, 2008, this Court ordered [36] the parties to hold a Local Rule 16.3 Conference within fifteen (15) days and to submit a joint discovery plan and scheduling order within fourteen (14) days thereafter. On April 1, 2008, defendant unilaterally filed a report [37] outlining his unsuccessful attempts to confer with plaintiff and requesting the Court hold a scheduling conference. In that report, defendant represented that plaintiff had refused to discuss the matters set forth in Local Rule 16.3(c), insisting she would only address these matters in writing, and had ultimately failed to provide the promised writing to defendant before this Court's April 1 deadline. Plaintiff has filed nothing responsive to this Court's Order of March 3, 2008, or in answer to defendant's report. Accordingly, it is hereby

ORDERED that plaintiff shall, within ten (10) days of this date, show cause in writing why her complaint should not be dismissed for failure to comply with this Court's Order of March 3, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 8, 2008.