## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. HODA ELEMARY,

      Plaintiff,

      v.

PHILIPP HOLZMANN A.G.; WACHOVIA
BANK, N.A.; B.L. HARBERT
INTERNATIONAL, LLC; SABBIA
AKTIENGESELLSCHAFT; HARBERT
INTERNATIONAL ESTABLISHMENT, INC.;
BILL L. HARBERT, SR.; AND BILLY
HARBERT, JR.,

      Defendants.

NO: 1:07-cv-00654-RCL

Hon. Royce C. Lamberth

### NOTICE OF WITHDRAWAL

      Please take notice that Nathaniel A. Vitan hereby withdraws as counsel for Defendant

Bill L. Harbert, Sr. Roger S. Goldman of Latham & Watkins LLP and Matthew H. Lembke of

Bradley, Arant Rose & White LLP remain as Bill L. Harbert, Sr.'s counsel of record.

Dated: April 17, 2008

Respectfully submitted,

/s/ Nathaniel A. Vitan_____
Nathaniel A. Vitan
D.C. Bar No. 477402
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Nathaniel.Vitan@lw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Nathaniel A. Vitan, hereby certify that on this 17th day of April, 2008, I caused a true

and correct copy of the foregoing Notice of Withdrawal to be served, via certified mail and

Federal Express, postage pre-paid, upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, California 92677


/s/ Nathaniel A. Vitan_____
Nathaniel A. Vitan