UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, *pro se*, | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) <br> ) Civil Action No. 07-654 (RCL) <br> ) |
| PHILLIP HOLZMANN A.G., *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### ORDER

On April 2, 2008, defendant Bill L. Harbert moved for default judgment [38] as to his counterclaims against plaintiff Dr. Hoda Elemary. Defendant had asserted these counterclaims in his answer [35], filed February 21, 2008, and as of early April, plaintiff had offered no response.

As a general matter, "[d]efault judgments are not favored by modern courts," which prefer to dispose of cases on their merits. *Jackson v. Beech*, 636 F.2d 831, 835 (D.C. Cir. 1980). And here, in particular, two facts preclude the Court from granting defendant's motion.

First, Federal Rule of Civil Procedure 55, which governs default judgments, prescribes a "two-step process . . . whereby a plaintiff first seeks an entry of default from the Clerk of the Court, then a default judgment from the court itself." *Antoine v. U.S. Bank Nat'l Ass'n*, 547 F. Supp. 2d 30, 35 (D.D.C. 2008) (Urbina, J.). Though defendant filed an affidavit for default [39] after serving his motion, he did not explicitly seek – and thus did not obtain – entry of default from the Clerk.

Second, the Rule provides for entry of default only when the party against whom judgment is sought "has failed to plead or otherwise defend." FED. R. CIV. P. 55(a). That is not true here: plaintiff filed an answer [49] to defendant's counterclaims on April 29, 2008. Her response was indisputably untimely, but plaintiff's *pro se* status and the systemic preference for disposing of cases on their merits, *see Jackson*, 636 F.2d at 835, compel the Court to disregard her tardiness in this instance.

Thus, because defendant has neither sought nor obtained entry of default from the Clerk of Court, and because plaintiff has now answered defendant's counterclaims, it is hereby

ORDERED that defendant's motion for default judgment [38] is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, August 18, 2008.