UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. HODA ELEMARY, *pro se*, | ) )  ) |
| Plaintiff, | ) |
| v. | ) )   Civil Action No. 07-654 (RCL) |
| PHILLIP HOLZMANN A.G., *et al.*, | ) ) ) |
| Defendants. | ) ) |

**SCHEDULING ORDER**

      On March 3, 2008, this Court ordered the parties to meet and confer and to jointly submit a written report outlining their discovery plan along with a proposed scheduling order.  Both parties have, separately, indicated their preferred timelines for proceeding with this litigation.  Their proposals differ markedly:  defendants seek trial within six months, while plaintiff would delay commencing discovery until March 2009.  Despite this disparity, the Court's review of the parties' filings convinces it that a scheduling conference is unnecessary.

      Notwithstanding plaintiff's *pro se* status, the Civil Justice Reform Act of 1990 obligates this Court to move all civil litigation forward expeditiously.  *See* 28 U.S.C. § 471 *et. seq.* (2008).  In compliance with this Congressional mandate, and with Local Rule 16.4, it is hereby

      ORDERED that the following schedule shall govern further proceedings in this action:

      1.    The parties shall make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) on or before August 29, 2008.  Supplemental disclosures

pursuant to Rule 26(c) shall be made no later than November 15, 2008.

2. Fact discovery, including answers to interrogatories, document production, admissions, and depositions shall be completed no later than December 1, 2008.

    a. Plaintiff's Rule 26(a)(2) statement concerning expert witnesses shall be due October 1, 2008, and any such experts shall be made available for deposition not later than October 15, 2008.

    b. Defendant's Rule 26(a)(2) statement concerning expert witnesses shall be due November 1, 2008, and any such experts shall be made available for deposition not later than November 15, 2008.

    c. Otherwise, the presumptive limitations on discovery in the Federal Rules of Civil Procedure and this Court's Local Rules shall apply.

3. Any dispositive motions shall be filed no later than December 15, 2008; oppositions, by January 7, 2008; and reply briefs, by January 15, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, August 18, 2008.