**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. HODA ELEMARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: CV-07-654 |
| ) | |
| PHILIPP HOLZMANN A.G., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO AMEND ANSWER**

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant and Counter-Plaintiff Bill L. Harbert, Sr. ("Mr. Harbert") moves for leave to amend his Answer, which was filed on February 21, 2008. In support of this motion, Mr. Harbert states as follows:

1. Mr. Harbert seeks to amend his Answer to add two affirmative defenses, duress and impossibility or impracticability of performance. Mr. Harbert's proposed Amended Answer is attached hereto as Exhibit A.

2. Rule 15(a) governs amendment of the pleadings during the pretrial phase of litigation. It provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2).

3. Discovery does not close until December 1, 2008. No discovery other than initial disclosures has yet been served by any party in this case, and no depositions have been taken. Accordingly, Plaintiff has not been precluded from conducting any discovery that might be needed in connection with the proposed defenses.

4. Mr. Harbert submits that justice requires granting leave to amend in this instance. Allowing him to amend his answer to include these two defenses will not prejudice Plaintiff in

any respect. On the other hand, if the amendment is not allowed, Mr. Harbert will be prejudiced in not being allowed to assert these otherwise viable defenses.

    WHEREFORE, Mr. Harbert respectfully requests that the Court grant him leave to file the attached Amended Answer.

Dated: September 8, 2008

/s/ Matthew H. Lembke
Matthew H. Lembke
  (admitted *pro hac vice*)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel: (205) 521-8000
Fax: (205) 521-8800
Email: mlembke@bradleyarant.com

Of Counsel:
Roger S. Goldman
(D.C. Bar No. 333294)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roger.goldman@lw.com

Attorneys for Defendant Bill L. Harbert, Sr.

## CERTIFICATE OF SERVICE

      I, Matthew H. Lembke, hereby certify that on this 8th day of September, 2008, I caused a true and correct copy of Bill L. Harbert, Sr.'s Motion for Leave to Amend Answer to be served, via certified mail, postage pre-paid, upon the following:

    Hoda Elemary
    21 Le Conte
    Laguna Niguel, California 92677

                                        /s/ Matthew H. Lembke
                                        Matthew H. Lembke

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. HODA ELEMARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: CV-07-654 |
| | ) |
| PHILIPP HOLZMANN A.G., et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDMENT TO ANSWER OF BILL L. HARBERT, SR.

Bill L. Harbert, Sr. ("Mr. Harbert") hereby amends his answer and counterclaim to aver the following additional defenses:

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Mr. Harbert pleads the defense of duress.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of impossibility or impracticability of performance.

Dated: September __, 2008                Respectfully submitted,

_____
Matthew H. Lembke
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Tel: (205) 521-8000
Fax: (205) 521-8800
Email: mlembke@bradleyarant.com

Of Counsel:
Roger S. Goldman
(D.C. Bar No. 333294)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roger.goldman@lw.com

Attorneys for Defendant Bill L. Harbert, Sr.,

**CERTIFICATE OF SERVICE**

I, Matthew H. Lembke, hereby certify that on this ___ day of September, 2008, I caused a true and correct copy of the foregoing Amendment to Answer of Bill L. Harbert, Sr. to be served, via certified mail, postage pre-paid, upon the following:

Hoda Elemary
21 Le Conte
Laguna Niguel, California 92677

_____
Matthew H. Lembke